U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 1 0 2015

TONY R. MOORE, CLERK
BY _____MB_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RODNEY BELLARD,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 14-CV-00531 |
| VERSUS | |
| WARDEN LANCE MOORE, et al.,<br>    Defendants | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED that defendants' motion for summary judgment (Doc. 7) is GRANTED and Bellard's action is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this _10th_ day of _March_ 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE